UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT CONTRERAS, individually and on behalf of all others similarly situated,<br><br>            Plaintiff,<br><br>    vs.<br><br>PERFORMANCE FOOD GROUP, INC.; and DOE 1 through and including DOE 10,<br><br>            Defendants. | CASE NO. 2:25-cv-04805-PA-MMA<br><br>**ORDER GRANTING JOINT STIPULATION TO (1) INDIVIDUAL ARBITRATION OF PLAINTIFF'S CLAIMS; AND (2) VOLUNTARY DISMISSAL OF ENTIRE ACTION WITHOUT PREJUDICE** |

# ORDER

The Court has reviewed and considered the Joint Stipulation to: (1) Individual Arbitration of Plaintiff's Claims; and (2) Voluntary Dismissal of Entire Action Without Prejudice filed by Plaintiff Robert Contreras ("Plaintiff") and Defendant Performance Food Group, Inc. ("Defendant" or "PFG") (collectively, the "Parties"). Finding good cause appearance for the same, the Joint Stipulation shall be and hereby is GRANTED as follows:

# STIPULATION

1. Plaintiff's individual claims in the Complaint (Dkt. #1-1, Ex. A) shall be submitted to final and binding individual arbitration pursuant to his arbitration agreement with Defendant (the DRP), a true and correct copy of which was attached to the Parties' Joint Stipulation as **Exhibit A**;

2. Plaintiff's Complaint, including the putative class action claims asserted therein, is dismissed without prejudice;

3. The Parties shall each bear his or its own costs and fees incurred in this action through its dismissal; and

4. By entering into the Stipulation, the Parties have not waived any rights, claims, remedies or defenses to the merits of Plaintiff's underlying claims in the Complaint including, without limitation, in any arbitration proceedings.

**IT IS SO ORDERED.**

DATED: June 26, 2025

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE

207242751.1

2

[PROPOSED] ORDER GRANTING JOINT STIPULATION TO (1) INDIVIDUAL ARBITRATION OF PLAINTIFF'S CLAIMS; AND (2) VOLUNTARY DISMISSAL OF ENTIRE ACTION WITHOUT PREJUDICE